JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

DANIEL FEREGRINO PITAYA,
Petitioner,
v.
MARKWAYNE MULLIN, et al,
Respondents.

No. 5:26-cv-04246-BFM

**JUDGMENT**

On August 5, 2026, the Court issued an order granting the petition and ordered Petitioner Daniel Feregrino Pitaya (A# 205-529-662) to be immediately released on the previously imposed conditions of parole. (ECF 10 at 4.) Respondents report that Petitioner has been released from Respondents' custody. (ECF 11.) Accordingly, pursuant to the Order Granting Petition, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: August 10, 2026

HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE